**Filed**

NOV 0 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES TEKIE GEBREZGIE,<br><br>     Plaintiff,<br><br>v.<br><br>LUDERS, et al.,<br><br>     Defendants. | No. C 12-04358 EJD (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a California inmate, filed a pro se civil complaint pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for leave to proceed in forma pauperis. (Doc. No. 3.) On September 24, 2012, the motion was denied because Plaintiff failed to show an adequate level of poverty. (Doc. No. 4.) Plaintiff was directed to pay the $350.00 filing fee within thirty days of the filing date of the order or face dismissal of this action for failure to pay the filing fee. (Id.)

The deadline has since passed and Plaintiff has failed to comply with the Court's order. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

DATED: 11/1/12

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.12\04358Gebrezgie_dism-ifp.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES TEKIE GEBREZGIE, | No. C 12-04358 EJD (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| LUDERS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __11/02/12__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Yohannes Tekie Gebrezgie**
15253-111
ATWATER
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 019001
ATWATER, CA 95301

DATED: __11/02/12__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk