**Filed**

NOV 0 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES TEKIE GEBREZGIE,<br><br>Plaintiff,<br><br>v.<br><br>LUDERS, et al.,<br><br>Defendants. | No. C 12-04358 EJD (PR)<br><br>JUDGMENT |

The Court dismissed the instant civil action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 11/1/12

EDWARD J. DAVILA
United States District Judge

Judgment
G:\PRO-SE\SJ.EJD\CR.12\04358Gebrezgie_judgment.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES TEKIE GEBREZGIE,<br><br>   Plaintiff,<br><br> v.<br><br>LUDERS, et al.,<br><br>   Defendants. | No. C 12-04358 EJD (PR)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  11/02/12 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Yohannes Tekie Gebrezgie**
15253-111
ATWATER
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 019001
ATWATER, CA 95301

DATED:  11/02/12 

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk