# Filed

NOV 0 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES TEKIE GEBREZGIE, | No. C 12-04358 EJD (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| LUDERS, et al., | |
| Defendants. | |

The Court dismissed the instant civil action without prejudice for Plaintiff's failure to pay the filing fee.  A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: ___11/1/12___

EDWARD J. DAVILA
United States District Judge

Judgment
G:\PRO-SE\SJ.EJD\CR.12\04358Gebrezgie_judgment.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES TEKIE GEBREZGIE, | No. C 12-04358 EJD (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| LUDERS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____11/02/12_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Yohannes Tekie Gebrezgie**
15253-111
ATWATER
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 019001
ATWATER, CA 95301

DATED: _____11/02/12_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk