IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES TEKIE GEBREZGIE, | No. C 12-04358 EJD (PR) |
| Plaintiff, | ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| LUDERS, et al., | |
| Defendants. | |

Plaintiff, a federal prisoner at Atwater Penitentiary, filed a complaint in pro se pursuant to 42 U.S.C. § 1983. On February 6, 2013, this Court dismissed the complaint with leave to amend within twenty-eight days. (Doc. No. 11.) Plaintiff filed a letter requesting an extension of time to file an amended complaint. (Doc. No. 12.) Plaintiff also filed an amended complaint. (Doc. No. 13.) Plaintiff's amended complaint is timely filed.

Accordingly, Plaintiff's motion for an extension of time is **DENIED** as unnecessary.

DATED: 3/14/2013

EDWARD J. DAVILA
United States District Judge

Order Denying Request for Extension of Time to File Amended Complaint
04358Gebrezgie_eot-AC.wpd                        1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


YOHANNES TEKIE GEBREZGIE,          Case Number CV 12-04358 EJD (PR)

       Plaintiff,

  v.                                     **CERTIFICATE OF SERVICE**

LUDERS, et al.,

       Defendants.

_____/


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/14/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.


**Yohannes Tekie Gebrezgie**
15253-111
ATWATER
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 019001
ATWATER, CA 95301



DATED: _____3/14/2013_____
                                Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk